IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA SUTTON,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Civil No. 12-11043

HON. ROBERT H. CLELAND

MAG. JUDGE MARK A. RANDON

## JUDGMENT

In Accordance with the Court's "Opinion and Order" dated March 18, 2013, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

   S/Robert H. Cleland
   ROBERT H. CLELAND
   UNITED STATES DISTRICT JUDGE

Dated: March 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 18, 2013, by electronic and/or ordinary mail.

   S/Lisa Wagner
   Case Manager and Deputy Clerk
   (313) 234-5522