UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FELICIA N. SUTTON**

    Plaintiff,

v.                                                                    Case No. 2:12-cv-11043-RHC-MAR
                                                                      Honorable Robert H. Cleland
**COMMISSIONER OF**                              Magistrate Judge Mark A. Randon
**SOCIAL SECURITY,**

    Defendant.
_____/

## ORDER TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 USC Section 2412

Plaintiff, FELICIA N. SUTTON, and her undersigned attorneys are hereby granted an award of attorney fees for the total amount of $3,496.50 under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412, to Plaintiff. This claim was remanded pursuant to Sentence Four of 42 USC Section 405(g) for further proceedings.

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs and expenses under 28 U.S.C. Section 2412.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2013, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGAN
SOUTHERN DIVISION**

FELICIA N. SUTTON

    Plaintiff,

v.                                Case No. 2:12-cv-11043-RHC-MAR
                                   Honorable Robert H. Cleland
COMMISSIONER OF         Magistrate Judge Mark A. Randon
SOCIAL SECURITY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on *April 10, 2013*, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record.

                                              s/Norton J. Cohen
                                              NORTON J. COHEN P-12024
                                              Attorney for Plaintiff
                                              600 W. Lafayette, Fourth Floor
                                              Detroit, MI 48226
                                              (313) 964-4454
                                              nortoncohen@millercohen.com