IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELICIA SUTTON,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Civil No. 12-11043

HON. ROBERT H. CLELAND

## JUDGMENT FOR ATTORNEY FEES

In accordance with the Court's order of April 17, 2013 granting Plaintiff's Counsel's Motion for Authorization of Attorney Fees pursuant to 42 U.S.C. §406(b).

IT IS ORDERED AND ADJUDGED that Defendant Commissioner shall pay Attorney Norton Cohen, $3,496.50 in reasonable attorney fees, pursuant to 28: U.S.C. §2412. Dated at Detroit, Michigan this 17th day of April, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Lisa Wagner
Lisa Wagner, Deputy Clerk
and Case Manager to
Judge Robert H. Cleland

Dated: April 17, 2013